# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 17-5680-DOC (PLA)**                                                         Date: **January 9, 2018**

Title:   **Smith v. Santa Maria Bonita School District**

---

**PRESENT:**  THE HONORABLE   **PAUL L. ABRAMS**
                                                         **UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**                    **ATTORNEYS PRESENT FOR DEFENDANT(S):**
                    NONE                                                                                       NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

Plaintiff's Second Amended Complaint is currently due no later than January 17, 2018.

On January 8, 2018, the Court received a letter from plaintiff seeking a 90 day extension of time to file his Second Amended Complaint. As the Court has previously advised plaintiff on multiple occasions, "**the parties . . . may not communicate with the judge or his staff by letter,**" and "[a]ll inquiries, requests or other matters to be called to the judge's attention regarding this case **should be submitted for filing as motions, applications, or other appropriate pleadings** . . . ." (ECF No. 7 at 2 ¶ 1 (emphasis added), ECF Nos. 10, 11; see also Local Rule 83-2.5). Nevertheless, the Court on this one occasion will consider the request contained in plaintiff's letter.

Plaintiff's request for additional time sets forth many of the same reasons for an extension previously raised by plaintiff and considered by the Court. In light of plaintiff's pro se status, the Court will grant one final extension of time. Plaintiff's Second Amended Complaint is now due **no later than March 19, 2018**.

Plaintiff is advised that the U.S. District Court for the Central District of California operates a pro se clinic, located at the United States Courthouse, 312 N. Spring Street, Los Angeles. It is open on Mondays, Wednesdays and Fridays, from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. More information about the clinic can be obtained from the District Court's website.

cc:     William Craig Smith, pro se

Initials of Deputy Clerk _____ch_____