JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CRAIG SMITH, | ) | No. CV 17-5680-DOC (PLA) |
| Plaintiff, | ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | ) | |
| SANTA MARIA BONITA SCHOOL DISTRICT, et al., | ) | |
| Defendants. | ) | |

On April 6, 2018, the Magistrate Judge in this action issued a Report and Recommendation, recommending that the case be dismissed without further leave to amend and with prejudice for failure to prosecute and to follow court orders. (ECF No. 17). Plaintiff's objections to the Report and Recommendation were due no later than April 23, 2018. (ECF No. 16). Instead of objections, on April 18, 2018, plaintiff filed a letter in which he asks that his case be dismissed without prejudice, indicating that he has had to deal with a number of personal issues as of late and has concluded that a dismissal would enable him "if possible to recover mentally and physically."

/

/

/

Plaintiff's request for dismissal without prejudice is **granted**, and this action is hereby **dismissed**.

DATED: April 26, 2018

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE